UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY INSURANCE SERVICES, LLC, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN M. CURLEY, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. 8:24-CV-01336-JVS-AS<br><br>**JUDGMENT [37]**<br><br>Date:　　November 25, 2024<br>Time:　　1:30 p.m.<br>Courtroom: 10C<br>Hon. James V. Selna |

The Court, having considered the authorities, evidence and arguments presented by counsel for the parties, and the entire record in this matter, finds that there is no genuine issue as to any material fact and grants the motion for summary judgment of plaintiff Mercury Insurance Services, LLC ("Plaintiff"), and, pursuant to the California Invasion of Privacy Act, California Penal Code sections 632, et seq., that Mercury is entitled to statutory minimum damages of $5,000 for each of defendant Kevin Curley's ("Defendant") 71 unlawful secretly recorded telephonic conversations with employees of Plaintiff's in California for a total damages award in the amount of $355,000.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1) The Clerk of Court shall enter judgment in favor of Plaintiff and against Defendant;

(2) Defendant shall pay Plaintiff monetary damages in the amount of $355,000; and

(3) Plaintiff shall be awarded its costs incurred in this action.

Dated: May 28, 2025

Hon. James V. Selna
United States District Judge